

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NOS. 02-16-00444-CR
### 02-16-00445-CR

JAIME ALVAREZ                                  APPELLANT

V.

THE STATE OF TEXAS                                 STATE

------------

## FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY
## TRIAL COURT NO. 1419571D, 1422028D

------------

## ORDER

------------

On court's own motion, it is ORDERED that the trial court clerk deliver the Original State's Exhibit No. 13 (DVD), State's Exhibit No. 14 (DVD), and State's Exhibit No. 17 (DVD) to this court no later than **Monday, November 27, 2017**.

These exhibits will be returned to the trial court upon issuance of the mandate.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court clerk, and the court reporter.

DATED November 17, 2017.

PER CURIAM